# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154829(95)

DEBORAH LYNN FOSTER,
          Plaintiff/Counterdefendant-
          Appellee,

v

RAY JAMES FOSTER,
          Defendant/Counterplaintiff-
          Appellant.
_____/

SC:  154829
COA:  324853
Dickinson CC:  07-015064-DM

      On order of the Chief Justice, the motion of defendant/counterplaintiff-appellant to file a late reply is GRANTED. The reply submitted on May 30, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2017



Clerk